PER CURIAM.
We affirm Virginia Armstrong’s conviction for trafficking in hydrocodone. See §§ 893.03(c); .135(l)(c)(l), (6), Fla. Stat. (2002). We strike the $150 cost imposed for “CFF” because the circuit court did not cite any statutory authority for this cost. See Cruz v. State, 830 So.2d 892 (Fla. 2nd DCA 2002). Armstrong preserved this issue by filing a motion pursuant to Florida Rule of Criminal Procedure 3.800(b)(2). The circuit court did not rule on her motion within sixty days, so it is deemed denied. Fla. R.Crim. P. 3.800(b)(2)(B).
Conviction affirmed, cost stricken.
NORTHCUTT, SALCINES, and SILBERMAN, JJ., Concur.